# Goldberg Weprin Finkel Goldstein LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
―
J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE McLEOD*
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518
―
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)
―
EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)
―
* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
○ ALSO ADMITTED IN CALIFORNIA
✩ MEMBER OF FLORIDA & DC & NY

J. Ted Donovan, Esq.
Direct (212) 301-6943
Facsimile (212) 221-6532
TDonovan@GWFGLaw.com

March 29, 2016

*<u>Via ECF</u>*
Hon. Nancy H. Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

    Re:    Keen Equities LLC
            <u>Case No. 13-46782 (NHL)</u>

Dear Judge Lord:

        This will confirm that the status conference scheduled for March 30, 2016 has been adjourned on consent to May 17, 2016 at 10:30 a.m.

                              Respectfully yours,

                              /s/ J. Ted Donovan, Esq.

cc:  Nazar Khodorovsky, Esq. (via e-mail)
     Jonathan Rabinowitz, Esq. (via e-mail)